Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
**PANEL IX**

| | | |
|---|---|---|
| Power Solar, LLC<br><br>Recurrente<br><br>vs.<br><br>Municipio de Hormigueros<br><br>Recurrida | KLRA202300356 | **REVISIÓN ADMINISTRATIVA** procedente de la Junta de Subasta del Municipio de Hormigueros<br><br>Subasta Núm.: 2023-11<br><br>Sobre: Impugnación de Adjudicación de Subasta sobre "Adquisición de Baterías con Paneles Solares para su carga, Portátiles" |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Ronda del Toro y la Jueza Díaz Rivera.

Rivera Colón, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 31 de julio de 2023.

El recurso de revisión de epígrafe fue presentado el 10 de julio de 2023, por Power Solar, LLC (en adelante recurrente).

Iniciado el trámite y dictada la Resolución el 11 de julio de 2023, concediendo término a la parte recurrida para someter su alegato en oposición, el 14 de julio de 2023 compareció la parte recurrente mediante "Aviso de Desistimiento", en la cual informa que:

. . . . . . . .

*4. El 10 de junio de 2023, la parte Recurrente presentó un recurso de Revisión Judicial para el caso de epígrafe.*

*2. En este, se impugnó la adjudicación de la Subasta Núm. 2023-11 de la Junta de Subasta Municipio de Hormiguero ("Junta") notificada el 29 de junio de 2023.*

*3. Sin embargo, en el día de ayer, recibimos una notificación por parte de la Junta en la cual se canceló*

Número Identificador

SEN2023 _____

*la adjudicación de la Subasta Núm. 2023-11 debido a un error en el Pliego de Condiciones y Especificaciones que fue notificado a los licitadores, en incumplimiento con el Manual de Programa de Servicio Público en respuesta a Covid-19 del Departamento de la Vivienda. A su vez, se indicó que próximamente estará emitiendo otro aviso de subasta para la participación.*

*4. Por consiguiente, desistimos del recurso de Revisión Judicial incoado ante este Honorable Tribunal debido a que el mismo se tornó académico.*

.     .     .     .     .     .     .     .

Atendido lo expuesto, se desestima el presente recurso por el desistimiento de la parte recurrente.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones